NO. _____

| | | |
|---|---|---|
| SHAWN MAYREIS,<br>TDCJ-CID #1876310, | § § § | IN THE COURT OF CRIMINAL APPEALS |
| Appellant/Petitioner, | § § | |
| VS. | § § | CRIMINAL APPEALS |
| THE STATE OF TEXAS, | § § § | |
| Appellee/Respondent. | § | OF TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 23 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
APR 24 2015
Abel Acosta, Clerk

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant Shawn Mayreis respectfully moves the Court for a 60-day extension of time, or until July 7, 2015, to file his Petition for Discretionary Review (PDR), as authorized by Tex.R.App.P. 10.5(b) and 68.2(c).

1. This case is presently pending in the Fourteenth Court of Appeals, Houston, Texas.*

2. The style and number of the case is Shawn Mayreis v. The State of Texas, Appeal No. 14-13-00769-CR.

3. The style and number of the case in the trial court is The State of Texas v. Shawn Mayreis, Cause No. 1340556; from the 184th District Court of Harris County, Texas.

4. The date of the Court of Appeals' judgment is March 24, 2015.

5. The Houston Court of Appeals affirmed the conviction on March 24, 2015.

6. The present deadline for filing a PDR is April 23, 2015. The present deadline for filing a motion for extension of time to file a PDR under Tex.R.App.P. 68.2(c) is May 8, 2015.

---

\* The Court of Appeals previously granted Mr. Mayreis an extension of time to file a motion for rehearing. That deadline is May 8, 2015. But after careful consideration, Mr. Mayreis has decided not to file a motion for rehearing with the Court of Appeals.

Mr. Shawn Mayreis
TDCJ-CID #1876310
Connally Unit
899 FM 632
Kenedy, Texas 78119

Texas Court of Criminal Appeals
Court Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711

　　　Re:　Shawn Mayreis v. The State of Texas, COA No. 14-13-00769-CR, TC No. 1340556

Dear Court Clerk:

Please file the enclosed Pro Se Appellant's Motion for Extension of Time to File Petition for Discretionary Review. Please notify me of any action taken by the Court on my case.

Thank you.

Respectfully submitted,

_____
Shawn Mayreis, Pro Se

_19 APR 15_____
Date

7. The length of time requested for the extension is 60 days from the present deadline for filing a motion for extension of time to file a PDR under Tex.R.App.P. 68.2(c).

8. The number of extensions previously granted regarding the item in question is none.

9. The facts relied upon to show good cause for the requested extension are:

   a. Mr. Mayreis was represented by court-appointed counsel during the appeal of this conviction to the Court of Appeals.

   b. The trial court has not appointed counsel to file a PDR.

   c. The legal and factual issues addressed by the Court of Appeals are complex, and Mr. Mayreis cannot adequately prepare his PDR before the present deadline.

   d. Mr. Mayreis has no access to a copy machine and will have to mail the PDR home when complete to obtain copies for filing and service of process.

   e. Mr. Mayreis needs additional time to either prepare and file the PDR pro se or to seek legal assistance for filing the PDR.

10. Mr. Mayreis has neither the time nor the resources to ask opposing counsel whether he or she has any objections to this Motion. The granting of this Motion will not be prejudicial to the State because it will not undo past executed effects of the judgment.

WHEREFORE, Appellant Shawn Mayreis respectfully moves the Court for a 60-day extension of time, or until July 7, 2015, to file his Petition for Discretionary Review, as authorized by Tex.R.App.P. 10.5(b) and 68.2(c).

SUBMITTED and SUBSCRIBED on this the 19 day of April, 2015.

Respectfully submitted,

_____
Shawn Mayreis, Pro Se
TDCJ-CID #1876310
Connally Unit
899 FM 632
Kenedy, Texas 78119

## DECLARATION

"I, Shawn Mayreis, TDCJ-CID #1876310, presently incarcerated in the Texas Department of Criminal Justice Correctional Institutions Division at the Connally Unit in Karnes County, Texas, declare under penalty of perjury under Chapter 132 of the Texas Civil Practice and Remedies Code and 28 U.S.C. § 1746, that the facts stated in this Motion for Extension of Time are true and correct and that I placed this Motion for Extension of Time in the prison mailbox on this date.

"Executed on this the 19 day of April, 2015."

_____
Shawn Mayreis

## CERTIFICATE OF SERVICE

I certify that on this the 19 day of April, 2015, I served the following

parties with a true and correct copy of this Motion for Extension of Time by

U.S. mail through the prison mailbox in a postpaid package to the addresses

written below:

Harris County District Attorney's Office
Appellate Division
1201 Franklin
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, Texas 78711

_____
Shawn Mayreis